C30  CRB

1  **PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

2  Name <u>Guillory        Shannon          L.</u>
      (Last)             (First)         (Initial)

3  Prisoner Number <u>X11664  D2-07-Low</u>

4  Institutional Address <u>P.O. Box 96  Chowchilla CA 93610</u>

5

FILED
OCT - 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6  ================================================

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

(PR)

8  <u>Shannon Guillory</u>                    )
   (Enter the full name of plaintiff in this action.)   )
9                                          )
                                            )   Case No. C 07-5090 CRB
10          vs.                             )   (To be provided by the clerk of court)
                                            )
11 <u>Tina Hornbeck (Warden)</u>             )   **PETITION FOR A WRIT
                                            )   OF HABEAS CORPUS**
12 _____              )
                                            )
13 _____              )
                                            )
14 (Enter the full name of respondent(s) or jailor in this action)  )

15

16                    Read Comments Carefully Before Filling In

17  <u>When and Where to File</u>

18       You should file in the Northern District if you were convicted and sentenced in one of these

19  counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20  San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21  this district if you are challenging the manner in which your sentence is being executed, such as loss of

22  good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23       If you are challenging your conviction or sentence and you were <u>not</u> convicted and sentenced in

24  one of the above-named fifteen counties, your petition will likely be transferred to the United States

25  District Court for the district in which the state court that convicted and sentenced you is located. If

26  you are challenging the execution of your sentence and you are not in prison in one of these counties,

27  your petition will likely be transferred to the district court for the district that includes the institution

28  where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS          - 1 -

1  Who to Name as Respondent

2       You must name the person in whose actual custody you are. This usually means the Warden or
3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which
4  you are imprisoned or by whom you were convicted and sentenced. These are not proper
5  respondents.

6       If you are not presently in custody pursuant to the state judgment against which you seek relief
7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose
8  custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack
9  was entered.

10  A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11       1. What sentence are you challenging in this petition?

12       (a)   Name and location of court that imposed sentence (for example; Alameda
13             County Superior Court, Oakland):
14  <u>Contra Costa County Superior Court, Martinez.</u>
15             Court                              Location
16       (b)   Case number, if known  <u>05-010651-8</u>
17       (c)   Date and terms of sentence _____
18       (d)   Are you now in custody serving this term? (Custody means being in jail, on
19             parole or probation, etc.)       Yes _X_   No ___
20             Where?
21             Name of Institution: <u>Valley State Prison for Women</u>
22             Address: <u>P.O. Box 96. Chowchilla CA 93610</u>

23       2. For what crime were you given this sentence? (If your petition challenges a sentence for
24  more than one crime, list each crime separately using Penal Code numbers if known. If you are
25  challenging more than one sentence, you should file a different petition for each sentence.)
26  <u>Murder § (187)  Robbery car jacking and kidnapping (§</u>
27  <u>190.2(a)(17) first degree Robbery (§§ 211/ 212.5(a);</u>
28  <u>Car Jacking (§ 215(a) Kidnapping for Robbery (§ 209(b)</u>

PET. FOR WRIT OF HAB. CORPUS        -2-

1. kidnapping for car jacking (§ 209.5); child abuse § 273a(a);
2. kidnapping (§ 207)

| | | |
|---|---|---|
|1| 3. Did you have any of the following? | |
|2| Arraignment: | Yes X̲  No ___ |
|3| Preliminary Hearing: | Yes X̲  No ___ |
|4| Motion to Suppress: | Yes X̲  No ___ |
|5| 4. How did you plead? | |
|6| Guilty ___  Not Guilty X̲  Nolo Contendere ___ | |
|7| Any other plea (specify) _____ | |
|8| 5. If you went to trial, what kind of trial did you have? | |
|9| Jury X̲   Judge alone ___   Judge alone on a transcript ___ | |
|10| 6. Did you testify at your trial? | Yes ___  No X̲ |
|11| 7. Did you have an attorney at the following proceedings: | |
|12| (a) Arraignment | Yes X̲  No ___ |
|13| (b) Preliminary hearing | Yes X̲  No ___ |
|14| (c) Time of plea | Yes X̲  No ___ |
|15| (d) Trial | Yes X̲  No ___ |
|16| (e) Sentencing | Yes X̲  No ___ |
|17| (f) Appeal | Yes X̲  No ___ |
|18| (g) Other post-conviction proceeding | Yes X̲  No ___ |
|19| 8. Did you appeal your conviction? | Yes X̲  No ___ |
|20| (a) If you did, to what court(s) did you appeal? | |
|21| Court of Appeal | Yes X̲  No ___ |
|22| Year: 2006   Result: AFFIRMED | |
|23| Supreme Court of California | Yes X̲  No ___ |
|24| Year: 2007   Result: AFFIRMED | |
|25| Any other court | Yes ___  No X̲ |
|26| Year: _____   Result: _____ | |
|27| | |
|28| (b) If you appealed, were the grounds the same as those that you are raising in this |

PET. FOR WRIT OF HAB. CORPUS        - 3 -

|     |     |     |     |     |     |
| --- | --- | --- | --- | --- | --- |
| 1   |     |     | petition? | Yes _X_ | No____ |
| 2   |     | (c) | Was there an opinion? | Yes ____ | No____ |
| 3   |     | (d) | Did you seek permission to file a late appeal under Rule 31(a)? | | |
| 4   |     |     |     | Yes ____ | No _X_ |

          If you did, give the name of the court and the result:

_____

_____

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?    Yes ____    No _X_

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

    (a)    If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

          I.    Name of Court: _____

               Type of Proceeding: _____

               Grounds raised (Be brief but specific):

               a._____

               b._____

               c._____

               d._____

               Result: _____    Date of Result:_____

          II.   Name of Court: _____

               Type of Proceeding: _____

               Grounds raised (Be brief but specific):

```
 1              a._____
 2              b._____
 3              c._____
 4              d._____
 5           Result: _____ Date of Result:_____
 6     III.  Name of Court: _____
 7           Type of Proceeding: _____
 8           Grounds raised (Be brief but specific):
 9              a._____
10              b._____
11              c._____
12              d._____
13           Result: _____ Date of Result:_____
14     IV.   Name of Court: _____
15           Type of Proceeding: _____
16           Grounds raised (Be brief but specific):
17              a._____
18              b._____
19              c._____
20              d._____
21           Result: _____ Date of Result:_____
22  (b)   Is any petition, appeal or other post-conviction proceeding now pending in any court?
23                                          Yes ____    No ✗
24        Name and location of court: _____
```

25  B. GROUNDS FOR RELIEF

26      State briefly every reason that you believe you are being confined unlawfully. Give facts to
27  support each claim. For example, what legal right or privilege were you denied? What happened?
28  Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS         - 5 -

1  need more space. Answer the same questions for each claim.
2  [Note: You must present ALL your claims in your first federal habeas petition. Subsequent
3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,
4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]
5  Claim One: VIOLATION OF MIRANDA RIGHTS
6
7  Supporting Facts: PLEASE SEE ATTACHED
8
9
10
11 Claim Two: INEFFECTIVE ASSISTANCE OF COUNSEL
12
13 Supporting Facts:
14    PLEASE SEE ATTACHED
15
16
17 Claim Three: CHILD ENDANGERMENT
18
19 Supporting Facts:
20    PLEASE SEE ATTACHED
21
22
23     If any of these grounds was not previously presented to any other court, state briefly which
24 grounds were not presented and why:
25    PLEASE SEE ATTACHED
26
27
28

PET. FOR WRIT OF HAB. CORPUS          - 6 -

1  CLAIM ONE: VIOLATION OF MIRANDA RIGHTS
2
3  SUPPORTING FACTS: I THE PETITIONER WAS ONLY 17 yrs
4  OLD AND EXPRESSIVELY ASKED TO SEE MY MOM (MOTHER). I
5  BELIEVED I WAS IN A BAD SITUATION AND NEEDED MY
6  MOM'S COUNSEL, KNOWING SHE WAS AT THE POLICE
7  STATION WHERE I WAS BEING INTERROGATED I ASKED TO
8  SPEAK TO MY MOTHER I WAS TOLD THAT WAS NOT
9  POSSIBLE. THE FIFTH AMENDMENT PROTECTION AGAINST
10 SELF-INCRIMATION THAT BARS CUSTODIAL INTERROGATION
11 UNLESS THE ACCUSED HAS MADE A VOLUNTARY, KNOWING
12 AND INTELLIGENT WAIVER OF THE RIGHT TO REMAIN SILENT
13 SUPPORTS MY CLAIM OF VIOLATION OF MY MIRANDA RIGHTS.
14 (MIRANDA V. ARIZONA (1966) 384. U.S. 436, 444-445, 473-474;
15 DICKERSON V. UNITED STATES (2000) 530 U.S. 428, 439-440; PEOPLE V.
16 CUNNINGHAM (2001) 25 CAL. 4th 926, 992.) SINCE THE ADVISEMENT
17 PROCEDURE, THE A MATTER OF SUBSTANCE AND NOT MERE
18 FORM, A WAIVER OF RIGHTS NEED NOT BE EXPRESSED, BUT MAY
19 BE INFERRED FROM THE TOTALITY OF CIRCUMSTANCES SURROUNDING
20 THE ADVISMENT PROCEDURE, THE INTERROGATION, AND THE
21 BACKGROUND AND EXPERIENCE OF THE SUSPECT HIMSELF. (NORTH V.
22 BUTLER (1979) 441 U.S. 369, 373-375; MORAN V. BURBINE (1986) 475 U.S
23 412, 421-423; PEOPLE V. WHITSON (1998) 17 CAL. 4th 229, 247-250.)
24
25 CLAIM TWO: CHILD ENDANGERMENT
26
27 SUPPORTING FACTS: ANY OF THE FOLLOWING UNDER
28 SECTION 273a (a) PROVIDES AS FOLLOWS:

1  "(a) ANY PERSON WHO, UNDER CIRCUMSTANCES
2  OR LIKELY TO PRODUCE GREAT BODILY HARM OR DEATH,
3  WILLFULLY CAUSES OR PERMITS ANY CHILD TO SUFFER,
4  OR INFLICTS THEREON UNJUSTIFIABLE PHYSICAL PAIN OR
5  MENTAL SUFFERING, OR HAVING THE CARE OR CUSTODY OF
6  ANY CHILD, WILLFULLY CAUSES OR PERMITS THE PERSON
7  OR HEALTH OF THAT CHILD TO BE PLACED IN A SITUATION
8  WHERE HIS OR HER PERSON OR HEALTH IS ENDANGERED,
9  SHALL BE PUNISHED BY IMPRISONMENT IN A COUNTY JAIL
10 NOT EXCEEDING ONE YEAR, OR IN THE STATE PRISON FOR
11 TWO, FOUR, OR SIX YEARS."

13 I DID NOT WILLFULLY COMMIT ANY OF THESE OFENSES.
14 JOSHUA BURTON HAD PICKED UP MY SON AND WALKED
15 OUT THE DOOR. I HAD NO CHOICE BUT TO FOLLOW THE
16 MAN CARRING MY SON AWAY. ON THIS RECORD,
17 SHOULD THE CONVICTION FOR CHILD-ENDANGERMENT
18 BE REVERSED FOR INSUFFICIENT EVIDENCE OF THE CORPUS
19 DELICTI OF THAT CRIME, AND CONVICTION THEREFOR MUST
20 BE REVERSED. (PEOPLE V. COPPLA (1950) 100 CAL.APP.2nd 766, 771.)

22 CLAIM THREE: JUDICIAL MISCONDUCT.

24 SUPPORTING FACTS: TRAIL JUDGE ERRORED IN
25 ALLOWING JURY MEMBER TO CONTINUE ON
26 AFTER IT WAS BROUGHT TO HIS ATTENTION THAT
27 SHE (JUVIR) WAS SECOND COUSIN TO MY AUNT AND
28 THAT SHE KNEW OF ME. (PEOPLE V. TERRY (1994) 30

1  CA. 4th 97.)
2
3  CLAIM FOUR: INEFFECTIVE ASSITANCE OF
4  COUNSEL.
5     SUPPORTING FACTS: TRIAL COUNSEL WAS
6  DEFICIENT IN FAILING TO INVESTIGATE AVAILABILITY
7  OF BATTERED WOMENS SYNDROME (BWS). STATE OF
8  MIND, DURESS, OR OTHER DEFENSES, AS ELEMENT
9  OF CLAIM OF INEFFECTIVE ASSISTANCE; COUNSEL'S
10 DEFICIENY PREJUDICED DEFENDANT, AND THUS
11 AMOUNTED TO INEFFECTIVE ASSISTANCE; AND DURESS
12 MAY PROVIDE DEFENSES IN MURDER PROSECUTION
13 BASED ON NATURAL AND PROBABLE CONSQUENCES
14 THEORY OF ACCOMPLICE LIABILITY (NOURN IN RE.
15 CAL.APP 4 DIST (2006) TO RENDER CONSTITUTIONAL
16 ADEQUATE ASSITANCE OF COUNSEL IN A CRIMINAL
17 PROSECUTION THE ATTORNEY BEARS CERTAIN BASIC
18 RESPONSIBILITIES INCLUDING THE INVESTIGATION OF
19 AVAILABLE DEFENSES. DURESS MAY PROVIDE DEFENSE
20 IN MURDER PROSECTION BASED ON NATURAL AND
21 PROBABLE CONSQUENCES THEORY OF ACCOMPLICE
22 LIABILITY. DEFENSE COUNSELS INADAQUATE PREPERATION
23 IN MURDER PROSECUTION IN FAILING TO LOCATE POTENTIAL
24 BACKGROUND WITNESSES TO GIVE CREDITABLE
25 TESTIMONY, I.E RAPE COUNSLER WHO WAS DEMISSED
26 FROM JURY PANEL. CASE WORKERS, PEER COUNSLERS.
27 TRIAL COUNSELS FAILURE TO DO SO SHOULD

1. BE JUST CAUSE TO GRANT PETITION.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.

1   List, by name and citation only, any cases that you think are close factually to yours so that they
2   are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3   of these cases:
4   NOURN IN RE, (CAL. App. 4 Dist 2006), PEOPLE V. FRIERSON
5   SUPRA, 25 CAL. 3d 142,  PEOPLE V. TERRY (1994) 30 CA. 4th
6   97

7   Do you have an attorney for this petition?                    Yes____    No_X_
8   If you do, give the name and address of your attorney:
9   _____

10  WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.
12
13  Executed on  9-24-07
14          Date                                          Signature of Petitioner

20  (Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS         - 7 -