1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  STAN HELFMAN, State Bar No. 49104
   Supervising Deputy Attorney General
5   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
6   Telephone:  (415) 703-5854
    Fax:  (415) 703-1234
7   Email:  Stan.Helfman@doj.ca.gov

8  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SHANNON L. GUILLORY,**<br><br>                                    Petitioner,<br><br>       v.<br><br>**TINA HORNBECK, Warden,**<br><br>                                    Respondent. | C 07-5090 CRB (PR)<br><br>**MOTION FOR EXTENSION OF TIME TO FILE ANSWER** |

Respondent respectfully requests an extension of 60 days, to and including June 10, 2008, in which to answer the petition.

In support of this request, we submit the attached declaration.

///

///

///

Motion for Extension of Time to File Answer                                    *Guillory v. Hornbeck*
                                                                                C 07-5090 CRB (PR)

1

1   Dated: April 3, 2008

2   Respectfully submitted,

3   EDMUND G. BROWN JR.
    Attorney General of the State of California

4   DANE R. GILLETTE
    Chief Assistant Attorney General

5   GERALD A. ENGLER
    Senior Assistant Attorney General

6

7

8   /s/ Stan Helfman
    STAN HELFMAN
9   Supervising Deputy Attorney General
    Attorneys for Respondent

10

11

12  40236485.wpd
    SF2008400530

Motion for Extension of Time to File Answer    *Guillory v. Hornbeck*
                                               C 07-5090 CRB (PR)

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Guillory v. Hornbeck**

No.:   **C 07-5090 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On April 3, 2008, I served the attached

**MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

**DECLARATION OF STAN HELFMAN IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

**[PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Shannon L. Guillory
Central California Women's Facility
X 11664
02-07-1 Low
P.O. Box 96
Chowchilla, CA 93610

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 3, 2008, at San Francisco, California.

|  |  |
|---|---|
| M. Argarin | /s/ M. Argarin |
| Declarant | Signature |

40236521.wpd