EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
STAN HELFMAN, State Bar No. 49104
Supervising Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5854
 Fax:  (415) 703-1234
 Email:  Stan.Helfman@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SHANNON L. GUILLORY,**<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**TINA HORNBECK, Warden,**<br><br>　　　　　　　　　　Respondent. | C 07-5090 CRB (PR)<br><br>**DECLARATION OF STAN HELFMAN IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE ANSWER** |

Stan Helfman states under Penalty of Perjury:

(1)  I am a Supervising Deputy Attorney General for the State of California and I represent respondent in this matter.

(2)  According to the Order to Show Cause, Guillory was convicted by a jury of first degree murder, robbery, kidnap for robbery, kidnap for carjacking, kidnap, carjacking and child endangerment.  She was sentenced to a term of 25 years to life.  The California Court of Appeal reversed the kidnaping conviction and otherwise affirmed the conviction.  The California Supreme Court denied review.

(3) On October 3, 2007, Guillory filed a *pro se* petition for a writ of habeas corpus in this court.

(4) On February 11, 2008, this Court issued an order to show cause and directed the service and filing of an answer on or before April 11, 2008.

(5) Respondent has filed no prior extension requests in this case.

(6) I received this court's order to show cause on February 19, 2008. I promptly ordered our state appeal file, which I received on February 21, 2008.

(7) The appeal file consists of three large boxes of transcripts, pleadings, orders, and other materials.

(8) I have reviewed the petition and the claims of *Miranda* violation, insufficient evidence, judicial misconduct and ineffective assistance of counsel.

(9) Despite my best intentions, I have been unable to complete preparation of our pleading. It was necessary for me to complete pleadings in *People v. Rutledge*, A115713, *People v. Ross*, H030005, *Greensweight on Habeas Corpus*, A120441, *Dossman v. Newland*, C00-0384 (on remand from 9th Circuit), *People v. Grimmer*, A118531, *People v. Moore*, A117300. At the same time, in my capacity as a supervisor, it was necessary for me to review numerous lengthy draft pleadings prepared by other deputies in this office. I completed reviewing a 142 page draft respondent's brief addressing numerous complex issues. I must prepare pleadings in *Jordan v. Yates*, C07-4680, *Conti v. Evans*, C05-2145, *Magraff v. Ayers*, CIV S 07-1121, *Espinosa v. Walker*, C 07-1741. I am working on *Espinosa*.

For the foregoing reasons, we respectfully request an extension of time of 60 days, to and including June 10, 2008, in which to answer the petition.

Decl. of Stan Helfman in Support of Mot. for EOT to File Answer   *Guillory v. Hornbeck*
C 07-5090 CRB (PR)

2

1 | Dated: April 3, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General


/s/ Stan Helfman
STAN HELFMAN
Supervising Deputy Attorney General
Attorneys for Respondent

40236500.wpd
SF2008400530