1

2

3

4

5

6

7

8                                IN THE UNITED STATES DISTRICT COURT

9                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                      SAN FRANCISCO DIVISION

11

| | |
|---|---|
| **SHANNON L. GUILLORY,** | C 07-5090 CRB (PR) |
| Petitioner, | **[PROPOSED] ORDER** |
| **v.** | |
| **TINA HORNBECK, Warden,** | |
| Respondent. | |

17

        On motion of respondent and good cause appearing, it is ordered that the time for

filing the answer to the petition for writ of habeas corpus be, and the same is, extended 60 days

to and including June 10, 2008.


Dated: _____          _____

                                             The Honorable Charles R. Breyer

23

24

25

26

27

28

[Proposed] Order                                                    *Guillory v. Hornbeck*
                                                            Case No. C 07-5090 CRB (PR)