IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SHANNON L. GUILLORY,**<br><br>Petitioner,<br><br>v.<br><br>**TINA HORNBECK, Warden,**<br><br>Respondent. | C 07-5090 CRB (PR)<br><br>~~[PROPOSED]~~ **ORDER** |

On motion of respondent and good cause appearing, it is ordered that the time for filing the answer to the petition for writ of habeas corpus be, and the same is, extended 60 days to and including June 10, 2008.

Dated:  __April 8, 2008_____        _____
The Honorable Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer

[Proposed] Order                                                                    *Guillory v. Hornbeck*
Case No. C 07-5090 CRB (PR)

1