1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | STAN HELFMAN, State Bar No. 49104
Supervising Deputy Attorney General
5 |   455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
6 |   Telephone:  (415) 703-5854
Fax:  (415) 703-1234
7 |   Email:  Stan.Helfman@doj.ca.gov

8 | Attorneys for Respondent

9

10 | IN THE UNITED STATES DISTRICT COURT

11 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13

| SHANNON L. GUILLORY, | C 07-5090 CRB (PR) |
|---|---|
| Petitioner, | **MOTION FOR EXTENSION OF TIME TO FILE ANSWER** |
| v. | |
| TINA HORNBECK, Warden, | |
| Respondent. | |

20 |        Respondent respectfully requests an extension of 62 days, to and including Monday,

21 | August 11, 2008, in which to answer the petition.

22 |        In support of this request, we submit the attached declaration.

23 | ///

24 | ///

25 | ///

26

27

28

Motion for Extension of Time to File Answer                                        *Guillory v. Hornbeck*
                                                                                    C 07-5090 CRB (PR)

1       Dated:  June 4, 2008

2                           Respectfully submitted,

3                           EDMUND G. BROWN JR.
                            Attorney General of the State of California

4                           DANE R. GILLETTE
                            Chief Assistant Attorney General
5
                            GERALD A. ENGLER
6                           Senior Assistant Attorney General

7

8                           /s/ Stan Helfman
                            STAN HELFMAN
9                           Supervising Deputy Attorney General
                            Attorneys for Respondent
10

11

        20114882.wpd
12      SF2008400530

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Motion for Extension of Time to File Answer                                    *Guillory v. Hornbeck*
                                                                               C 07-5090 CRB (PR)

2