1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  STAN HELFMAN, State Bar No. 49104
   Supervising Deputy Attorney General
5   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
6   Telephone:  (415) 703-5854
    Fax:  (415) 703-1234
7   Email:  Stan.Helfman@doj.ca.gov

8  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SHANNON L. GUILLORY,**<br><br>                              Petitioner,<br><br>   v.<br><br>**TINA HORNBECK, Warden,**<br><br>                              Respondent. | C 07-5090 CRB (PR)<br><br>**DECLARATION OF STAN HELFMAN IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE ANSWER** |

Stan Helfman states under Penalty of Perjury:

(1)  I am a Supervising Deputy Attorney General for the State of California and I represent respondent in this matter.

(2)  According to the Order to Show Cause, Guillory was convicted by a jury of first degree murder, robbery, kidnap for robbery, kidnap for carjacking, kidnap, carjacking and child endangerment.  She was sentenced to a term of 25 years to life.  The California Court of Appeal reversed the kidnaping conviction and otherwise affirmed the conviction.  The California Supreme Court denied review.

1    (3) On October 3, 2007, Guillory filed a *pro se* petition for a writ of habeas corpus in
2 this court.

3    (4) On February 11, 2008, this Court issued an order to show cause and directed the
4 filing of an answer on or before April 11, 2008. On April 8, 2008, this court extended our time
5 to June 10, 2008.

6    (5) Respondent has filed one prior extension request in this case.

7    (6) I received this court's order to show cause on February 19, 2008. I promptly
8 ordered our state appeal file, which I received on February 21, 2008.

9    (7) The appeal file consists of three large boxes of transcripts, pleadings, orders, and
10 other materials.

11    (8) I have reviewed the petition and the claims of *Miranda* violation, insufficient
12 evidence, judicial misconduct and ineffective assistance of counsel.

13    (9) Despite my best intentions, I have been unable to complete preparation of our
14 pleading. It was necessary for me to complete pleadings in *Conti v. Evans*, C 05-2145, *Espinosa*
15 *v. Walker*, C 07-1741, *People v. Primas*, A116667, *Townsend v. Adams*, C 07-4904. At the same
16 time, in my capacity as a supervisor, it was necessary for me to review numerous lengthy draft
17 pleadings prepared by other deputies in this office. I must prepare pleadings in *Jordan v. Yates*,
18 C07-4680, *Garcia v. Horel*, C 07-06012, *Magraff v. Ayers*, CIV S 07-1121, *People v. Parra*,
19 A119864. I am working on *Parra*.

20    For the foregoing reasons, we respectfully request an extension of time of 62 days, to
21 and including Monday, August 11, 2008, in which to answer the petition.

Decl. of Stan Helfman in Support of Mot. for EOT to File Answer         *Guillory v. Hornbeck*
                                                                        C 07-5090 CRB (PR)
2

1 | Dated: June 4, 2008

2 | Respectfully submitted,

3 | EDMUND G. BROWN JR.
Attorney General of the State of California

4 | DANE R. GILLETTE
Chief Assistant Attorney General

5 | GERALD A. ENGLER
Senior Assistant Attorney General

6 |

7 |

8 | /s/ Stan Helfman
STAN HELFMAN

9 | Supervising Deputy Attorney General
Attorneys for Respondent

10 |

11 |

20114878.wpd
12 | SF2008400530

Decl. of Stan Helfman in Support of Mot. for EOT to File Answer   *Guillory v. Hornbeck*
C 07-5090 CRB (PR)

3