1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                             SAN FRANCISCO DIVISION

11
| | |
|---|---|
| **SHANNON L. GUILLORY,** | C 07-5090 CRB (PR) |
| Petitioner, | **[PROPOSED] ORDER** |
| **v.** | |
| **TINA HORNBECK, Warden,** | |
| Respondent. | |

17

18          On motion of respondent and good cause appearing, it is ordered that the time for

19    filing the answer to the petition for writ of habeas corpus be, and the same is, extended 62 days

20    to and including August 11, 2008.

21

22    Dated: _____          _____
                                                    The Honorable Charles R. Breyer
23
24
25
26
27
28

[Proposed] Order                                              *Guillory v. Hornbeck*
                                                      Case No. C 07-5090 CRB (PR)

                                      1