IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SHANNON L. GUILLORY,** | C 07-5090 CRB (PR) |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **TINA HORNBECK, Warden,** | |
| Respondent. | |

On motion of respondent and good cause appearing, it is ordered that the time for filing the answer to the petition for writ of habeas corpus be, and the same is, extended 62 days to and including August 11, 2008.

Dated: ___June 6, 2008_____      _____
The Honorable _____

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

[Proposed] Order                                            *Guillory v. Hornbeck*
                                                   Case No. C 07-5090 CRB (PR)