1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  STAN HELFMAN, State Bar No. 49104
   Supervising Deputy Attorney General
5    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
6    Telephone:  (415) 703-5854
     Fax:  (415) 703-1234
7    Email:  Stan.Helfman@doj.ca.gov

8  Attorneys for Respondent

9

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14  **SHANNON L. GUILLORY,**                    C 07-5090 CRB (PR)

15                              Petitioner,     **DECLARATION OF STAN
                                                HELFMAN IN SUPPORT OF
16          **v.**                              MOTION FOR EXTENSION
                                                OF TIME TO FILE ANSWER**
17  **TINA HORNBECK, Warden,**

                                Respondent.

18

19

20

21          Stan Helfman states under Penalty of Perjury:

22          (1)  I am a Supervising Deputy Attorney General for the State of California and I

23  represent respondent in this matter.

24          (2)  According to the Order to Show Cause, Guillory was convicted by a jury of first

25  degree murder, robbery, kidnap for robbery, kidnap for carjacking, kidnap, carjacking and child

26  endangerment.  She was sentenced to a term of 25 years to life.  The California Court of Appeal

27  reversed the kidnaping conviction and otherwise affirmed the conviction.  The California

28  Supreme Court denied review.

1    (3)  On October 3, 2007, Guillory filed a *pro se* petition for a writ of habeas corpus in

2    this court.

3    (4)  On February 11, 2008, this Court issued an order to show cause and directed the

4    filing of an answer on or before April 11, 2008.  On April 8, 2008, this court extended our time

5    to June 10, 2008.  On June 6, this Court extended our time to August 11, 2008.

6    (5)  Respondent has filed two prior extension requests in this case.

7    (6)  I received this court's order to show cause on February 19, 2008.  I promptly

8    ordered our state appeal file, which I received on February 21, 2008.

9    (7)  The appeal file consists of three large boxes of transcripts, pleadings, orders, and

10   other materials.

11   (8)  I have reviewed the petition and the claims of *Miranda* violation, insufficient

12   evidence, judicial misconduct and ineffective assistance of counsel.

13   (9)  Despite my best intentions, I have been unable to complete preparation of our

14   pleading.  It was necessary for me to prepare the answer and points and authorities, and assemble

15   the exhibits, in *Jordan v. Yates*, C07-4680, which is nearing completion; I completed and filed

16   respondent's brief in *People v. Parra*, A119864; record review and summarizing is underway in

17   *People v. Phillips*, A118601, which arises on a voluminous record (nearly 4,000 pages of

18   transcripts).  At the same time, in my capacity as a supervisor, it was necessary for me to review

19   numerous lengthy draft pleadings prepared by other deputies in this office, representing more

20   than 900 attorney hours.  I must also prepare pleadings in *Garcia v. Horel*, C 07-06012 and

21   *Magraff v. Ayers*, CIV S 07-1121.

22   For the foregoing reasons, we respectfully request an extension of time of 60 days, to

23   and including October 10, 2008, in which to answer the petition.

24

25

26

27

28

1

Dated: August 4, 2008

2

Respectfully submitted,

3

EDMUND G. BROWN JR.
Attorney General of the State of California

4

DANE R. GILLETTE
Chief Assistant Attorney General

5

GERALD A. ENGLER
Senior Assistant Attorney General

6

7

8

/s/ Stan Helfman
STAN HELFMAN

9

Supervising Deputy Attorney General
Attorneys for Respondent

10

11

12

20129884.wpd
SF2008400530

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28