IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SHANNON L. GUILLORY,** | C 07-5090 CRB (PR) |
| Petitioner, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **TINA HORNBECK, Warden,** | |
| Respondent. | |

On motion of respondent and good cause appearing, it is ordered that the time for filing the answer to the petition for writ of habeas corpus be, and the same is, extended 60 days to and including October 10, 2008.

Dated: August 7, 2008

_____
The Honorable Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer

[Proposed] Order         *Guillory v. Hornbeck*
                         Case No. C 07-5090 CRB (PR)

1